Edward A. Steinberg, Esq.
LEAV & STEINBERG, LLP
75 Broad Street, Suite 1601
New York, New York 10004
Tel. No.: (212) 766-5222
Fax No.: (212) 693-2377
Email: eas@lstriallaw.com

*Attorneys for Plaintiff-* SONJI M. ASTORGA

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------X<br>SONJI M. ASTORGA,<br><br>                        Plaintiff,<br><br>      -against-<br><br>ALLSTATE OIL RECOVERY, CO. and<br>RICHARD J. WOODHAM,<br><br>                     Defendants.<br>------------------------------------------------------------------X | DOCKET No.: 16-cv-5068<br><br>**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY**<br><br>**Referred to the Honorable Sarah Netburn, United States Magistrate Judge** |

      **PLEASE TAKE NOTICE**, that upon the annexed affirmation of EDWARD A. STEINBERG, ESQ. duly affirmed on December 13, 2017, together with the exhibits annexed thereto, and upon all the pleadings and proceedings heretofore had herein, the undersigned will move this Court located at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 as soon as counsel can be heard for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure:

1) Granting plaintiff SONJI M. ASTORGA partial summary judgment on the issue of liability as against the defendants ALLSTATE OIL RECOVERY, CO. and RICHARD J. WOODHAM;

2) Setting this matter down for a trial on the issue of damages only;

3) Such other and further relief, which to this Court seems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that answering affidavits, if any, are to be served upon the undersigned by January 15, 2018, as per the teleconference conducted and subsequent Order dated September 5, 2017.

Dated: New York, New York
December 13, 2017

_____
Edward A. Steinberg, Esq.
LEAV & STEINBERG, LLP
75 Broad Street, Suite 1601
New York, New York 10004
Tel. No.: (212) 766-5222
Fax No.: (212) 693-2377
File No.: 155080
Email: eas@lstriallaw.com

To:
Randy S. Faust, Esq. (RSF-2011)
FAUST GOETZ SCHENKER & BLEE, LLP
*Attorneys for Defendants*
Two Rector Street, 20th Floor
New York, New York 10006
Tel. No.: (212) 363-6900
Fax No.: (212) 363-1090
File No.: 14296-CHB
Email: rfaust@fgsb.com