# TABLE OF AUTHORITIES

*Cases*                                                                                                   *Page*

1. Arias v. Rosario,
    52 A.D.3d 551, 860 N.Y.S.168 (2nd Dept., 2008)............................... 11

2. Balducci v. Velasquez,
    92 A.D.3d 626, 938 N.Y.S.2d 178 (2nd Dept., 2012).......................... 5

3. Barile v. Lazzarini,
    222 A.D.2d 635, 635 N.Y.S.2d 694 (2nd Dept., 1995)........................ 6

4. Billis v. Tunjian,
    120 A.D.3d 1168, 992 N.Y.S.2d 319 (2nd Dept., 2014).........................3

5. Brothers v. Bartling,
    130 A.D.3d 554, 13 N.Y.S.3d 202 (2nd Dept., 2015) ........................... 9

6. Brown v. Smalls,
    104 A.D.3d 459, 961 N.Y.S.2d 104 (1st Dept., 2013)…………………….. 7-8

7. Cajas-Romero v. Ward,
    106 A.D.3d 850, 965 N.Y.S.2d 559 (2nd Dept., 2013)........................ 10

8. Casey v. Tierno,
    127 A.D.2d 727, 512 N.Y.S.2d 123 (2nd Dept., 1987)........................ 7

9. Chang v. Rodriguez,
    57 A.D.3d 295, 869 N.Y.S.2d 427 (1st Dept., 2008)……….…………… 8

10. Corbly v. Butler,
    226 A.D.2d 418, 641 N.Y.S.2d 71 (2nd Dept., 1996).......................... 4-5

11. Cortes v. Whelan,
    83 A.D.3d 763, 922 N.Y.S.2d 419 (2nd Dept., 2011).......................... 5

12. Dattilo v. Best Transp. Inc.,
    79 A.D.3d 432, 913 N.Y.S.2d 163 (1st Dept., 2010).......................... 3

13. DeCosmo v. Hulse,
    204 A.D.2d 953, 612 N.Y.S.2d 279 (3rd Dept., 1994)........................ 16

14. DiPaola v. Scherpich,
      239 A.D.2d 459, 657 N.Y.S.2d 883 (2nd Dept., 1997)……………………….. 12

15. Fay v. Vargas,
      67 A.D.3d 568, 888 N.Y.S.2d 405 (1st Dept., 2009)………………………. 7

16. Filippazzo v. Santiago,
      277 A.D.2d 419, 716 N.Y.S.2d 710 (2nd Dept., 2000)……………………. 13

17. Ganpat v. Warren,
      5 Misc.3d 132(A), 799 N.Y.S.2d 160
      (Appellate Term, New York, First Dept., 2004)……………………………..8

18. Gomez v. Sammy's Transport, Inc.,
      19 A.D.3d 544, 798 N.Y.S.2d 84 (2nd Dept., 2005)…………………….. 6

19. Hakakian v. McCabe,
      38 A.D.3d 493, 833 N.Y.S.2d 106 (2nd Dept., 2007)……………………… 11

20. Hearn v. Manzolillo,
      103 A.D.3d 689, 959 N.Y.S.2d 531 (2nd Dept., 2013)…………………… 10

21. Hoffman v. Eastern Long Island Transp. Enterprise, Inc.,
      266 A.D.2d 509, 698 N.Y.S.2d 552 (2nd Dept., 1999) ………………….. 7

22. Jumandeo v. Franks,
      56 A.D.3d 614, 867 N.Y.S.2d 541 (2nd Dept., 2008)…………………….. 11

23. Kienzle v. McLoughlin,
      202 A.D.2d 299, 610 N.Y.S.2d 771 (1st Dept., 1994)…………………… 16

24. Leguen v. The City of New York,
      30 Misc.3d 1235 (A), 927 N.Y.S.2d 817
      (Sup. Ct., Queens Cty., 2011; J. Kerrigan)……………………………………..2

25. Le Grand v. Silberstein,
      123 A.D.3d 773, 999 N.Y.S.2d 96 (2nd Dept., 2014)……………………… 10

26. Lenahan v. Goucher,
      65 N.Y.2d 1034, 494 N.Y.S.2d 293 (Court of Appeals, 1985)……………. 20

27. Lenahan v. Goucher,
      111 A.D.2d 546, 489 N.Y.S.2d 418 (3rd Dept., 1985)…………………… 20

28. Macauley v. Elrac, Inc.,
    6 A.D.3d 584, 775 N.Y.S.2d 78 (2nd Dept., 2004)..............................5-6

29. Mallen v. Su,
    67 A.D.3d 974, 890 N.Y.S.2d 79 (2nd Dept., 2009)......................... 10

30. Martin v. Pullafico,
    272 A.D.2d 305, 707 N.Y.S.2d 891 (2nd Dept., 2000)...................... 26

31. Martinez v. Mendon Leasing Corp.,
    295 A.D.2d 408, 744 N.Y.S.2d 44 (2nd Dept., 2002)....................... 4

32. Marx v. Pross,
    197 A.D.2d 800, 603 N.Y.S.2d 84 (3rd Dept., 1993)....................... 16-17

33. Neidereger v. Misuraca,
    27 A.D.3d 537, 811 N.Y.S.2d 758 (2nd Dept., 2006)....................... 3

34. Niemiec v. Jones,
    237 A.D.2d 267, 654 N.Y.S.2d 163 (2nd Dept., 1997)...................... 22

35. Noakes v. Rosa,
    54 A.D.3d 317, 862 N.Y.S.2d 573 (2nd Dept., 2008)....................... 7

36. Ortiz v. Haidar,
    68 A.D.3d 953, 892 N.Y.S.2d 122 (2nd Dept., 2009)....................... 3

37. Power v. Hupart,
    260 A.D.2d 458, 688 N.Y.S.2d 194 (2nd Dept., 1999)...................... 12-13

38. Ramirez v. Konstanzer,
    61 A.D.3d 837, 878 N.Y.S.2d 381 (2nd Dept., 2009).................... 2

39. Ramos v. Baig,
    145 A.D.3d 696, 43 N.Y.S.3d 110 (2nd Dept., 2016).................... 9

40. Reed v. New York City Transit Authority,
    299 A.D.2d 330, 749 N.Y.S.2d 91 (2nd Dept., 2002)...................... 3-4

41. Roberts v. Hall,
    248 A.D.2d 845, 669 N.Y.S.2d 745 (3rd Dept., 1998)....................... 13-14

42. Rosa v. Colonial Tr.,
    276 A.D.2d 781, 715 N.Y.S.2d 426 (2nd Dept., 2000)...................... 17

43. Rue v. Stokes,
    191 A.D.2d 245, 594 N.Y.S.2d 749 (1st Dept., 1993)....................... 8-9

44. Santana v. Tic-Tak Limo Corp.,
    106 A.D.3d 572, 966 N.Y.S.2d 30 (1st Dept., 2013) ....................... 5

45. Schmertzler v. Lease Plan U.S.A., Inc.,
    137 A.D.3d 1101, 27 N.Y.S.3d 648 (2nd Dept., 2016)...................... 3

46. Somers v. Condlin,
    39 A.D.3d 289, 833 N.Y.S.2d 83 (1st Dept., 2007)............................3

47. Zdenek v. Safety Consultants, Inc.,
    63 A.D.3d 918, 883 N.Y.S.2d 57 (2nd Dept., 2009) ....................... 11

48. Zwilling v. Harrison,
    269 N.Y. 461, 199 N.E. 761 (1936)............................................. 15